IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                                     Civ. No. 12-410 JAP/KBM

$43,350.00 IN UNITED STATES CURRENCY

        Defendant,

And

BYRON SEYMOUR,

        Claimant.

## MOTION FOR LEAVE TO WITHDRAWAL OF COUNSEL

Pursuant to D.N.M. LR-83.4(b), Joseph P. Kennedy respectfully requests leave to withdraw his appearance in this matter. As grounds, counsel states that claimant has failed to respond to his obligations in a timely manner. Pleadings can be served to claimant at:

    Byron Seymour
    1010 Schoolview Dr.
    Marshfield, Mo 65706

WHEREFORE, Joseph P. Kennedy respectfully requests leave to withdraw his appearance in this matter.

                                                Respectfully Submitted:

                                                **Kennedy Law Firm**

                                                */s/ Joseph P. Kennedy*
                                                Joseph P. Kennedy
                                                Shannon L. Kennedy
                                                1000 2nd Street NW
                                                Albuquerque, NM 87102
                                                (505) 244-1400   Fax (505) 244-1406

  I hereby certify that a true and correct copy of the foregoing was served on all interested parties on the day of its filing via the CME/CF filing system.

 */s/ Joseph P. Kennedy*
 Joseph P. Kennedy